IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **H.C. PODY COMPANY**,<br><br>*Plaintiff,*<br><br>v.<br><br>**INTERNATIONAL FIDELITY INSURANCE COMPANY**,<br><br>*Defendant.* | Case No. 2:25-cv-02789-JDW |

### ORDER

**AND NOW**, this 10th day of November, 2025, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. International Fidelity Insurance Company's Motion For Judgment On The Pleadings (ECF No. 21) is **GRANTED**; and

2. Plaintiff H.C. Pody's Motion For Judgment On The Pleadings (ECF No. 22) is **DENIED**.

The Clerk of Court shall mark the case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.